UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEROY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:18-cv-05467 |
| v. | ) | |
| | ) | Honorable Jeffrey Cummings |
| | ) | |
| MENARD, INC., d/b/a/ MENARDS, | ) | |
| a domestic corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT IN ADVANCE OF INITIAL STATUS HEARING

This Joint Status Report is provided pursuant to this Court's Order on Initial Status Conferences and is submitted by Plaintiff Leroy Robinson, and Defendant Menard, Inc., d/b/a Menards ("Menards"), in advance of the Initial Status Conference scheduled for March 5, 2019 at 10:00 a.m. The parties have met and conferred on the issues addressed herein both in writing and by telephone.

**Nature of the Case**

By his Complaint, Leroy Robinson seeks compensatory damages caused by an incident, which occurred on June 4, 2016, when he suffered injury from slipping and falling on premises under the control of the defendant, as a result of their negligence.

Menards denies the presence of a dangerous or defective condition on its premises, denies notice of the alleged dangerous condition, denies it was the proximate cause of the Plaintiff's injuries, and denies liability for the incident. Defendant further alleges that Robinson has failed to state a cause of action for which a legally recognized claim exists. Menards also argues that

Plaintiff's damages should be limited by the assumption of risk doctrine, Plaintiff's failure to mitigate damages, and in any event it should only be held severally liable.

**Settlement**

Discovery in this case has only just begun and a formal settlement demand is likely to be made after the deposition of Plaintiff Leroy Robinson. A settlement conference is premature, but is likely to be useful after medical records have been exchanged and the Plaintiff and perhaps one or more treaters have been deposed.

**Status of Discovery**

Documents

The parties have agreed that responses to written discovery will be completed on or before March 14, 2019. Leroy Robinson will serve document requests on Menards seeking any additional documents he believes are relevant to this matter and within the permissible scope of discovery. Menards will serve document requests on Mr. Robinson seeking any documents it believes are relevant to this matter and within the permissible scope of discovery, including documents related to the allegations and claims set forth in the Complaint or any defenses Menards intends to assert.

Depositions

The parties have agreed that party depositions will be completed approximately sixty days after written discovery has been answered, on or before May 13, 2019, subject to the availability of the proposed deponents. The parties anticipate that treater depositions will be completed by August 12, 2019, subject to the availability of the proposed deponents.

Other Discovery

The parties each reserve the right to file requests to admit and/or conduct any other discovery they deem necessary.

**Pending Motions**

Currently, there are no pending motions in this case.

**Jury Trial**

Defendant has demanded a jury trial. When the case is ready for trial, the parties expect it to take approximately three to five days.

**Magistrate Judge**

Both Leroy Robinson and the Defendant consent to proceeding before a Magistrate Judge.

Dated: February 22, 2019            Respectfully submitted,

/s/ Benjamin B. Kelly

Benjamin B. Kelly
THE VRDOLYAK LAW GROUP, LLC
100 N. Riverside Plaza, Suite 2400
Chicago, Illinois 60606
(312) 482-8200

*Attorney for Plaintiff*
*Leroy Robinson*

Dated: February 22, 2019            Respectfully submitted,

/s/ Cynthia Salazar

Timothy J. Young
Cynthia Salazar
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718

*Attorneys for Defendant*
*Menard, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2019, I electronically filed the JOINT STATUS REPORT IN ADVANCE OF INITIAL STATUS HEARING with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Timothy J. Young
Cynthia Salazar
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718


Dated: February 22, 2019                    Respectfully submitted,

                                            /s/ Benjamin B. Kelly

                                            Benjamin B. Kelly
                                            THE VRDOLYAK LAW GROUP, LLC
                                            100 N. Riverside Plaza, Suite 2400
                                            Chicago, Illinois 60606
                                            (312) 482-8200

                                            *Attorney for Plaintiff*
                                            *Leroy Robinson*